1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

KOU CHA,

                              Petitioner,

         vs.

JAMES E. TILTON et al.,

                              Respondents.

CASE NO. 1:06-CV-1672- IEG (AJB)

**ORDER DENYING EX PARTE POST-JUDGMENT MOTION FOR THE COURT FILE**

[Doc. No. 27]

         This Court entered judgment against Petitioner Kou Cha in the above-captioned case on April 4, 2009. [Doc. No. 16.] The United States Court of Appeals for the Ninth Circuit affirmed the judgment on December 27, 2011.  [Doc. Nos. 24.]  On July 2, 2012, Petitioner filed a motion requesting the "Court File." [Doc. No. 27.]  Because the Court denied Petitioner's petition on April 4, 2009 and terminated the case on that date, the Court no longer has in its possession a court file.

         **IT IS SO ORDERED.**

**DATED:**     July 12, 2012

*Irma E. Gonzalez*

**IRMA E. GONZALEZ**
**United States District Judge**

06cv1672