# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOU CHA,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>JAMES E. TILTON et al.,<br><br>　　　　　　　Respondents. | CASE NO. 1:06-CV-1672- IEG (AJB)<br><br>**ORDER DENYING EX PARTE POST-JUDGMENT MOTION FOR THE COURT FILE**<br><br>[Doc. No. 27] |

　　　　This Court entered judgment against Petitioner Kou Cha in the above-captioned case on April 4, 2009. [Doc. No. 16.] The United States Court of Appeals for the Ninth Circuit affirmed the judgment on December 27, 2011. [Doc. Nos. 24.] On July 2, 2012, Petitioner filed a motion requesting the "Court File." [Doc. No. 27.] Because the Court denied Petitioner's petition on April 4, 2009 and terminated the case on that date, the Court no longer has in its possession a court file.

　　　　**IT IS SO ORDERED.**

**DATED:**　　July 12, 2012

*[signature]*

**IRMA E. GONZALEZ**
**United States District Judge**